Donnika IVY; Bernardo Gonzalez; Tyler Davis, as next friend of Juana Doe, a minor; Erasmo Gonzalez; Arthur Prosper, IV, Plaintiffs-Appellees

v.

Commissioner Michael WILLIAMS, in his official capacity as head of the Texas Education Agency, Defendant-Appellant

No. 14-50037

United States Court of Appeals, Fifth Circuit.

Filed January 18, 2017

Joe Thomas Sanders, II, Sanders Bajwa, L.L.P., Austin, TX, Joseph P. Berra, James C. Harrington, Esq., Texas Civil Rights Project, Austin, TX, Olga Kobzar, Scott, Douglass & McConnico, L.L.P., Austin, TX, for Plaintiffs-Appellees

Beth Ellen Klusmann, Esq., Office of the Attorney General, Office of the Solici-

tor General, Austin, TX, for Defendant-Appellant

Jamie Richards Whitney, Attorney, U.S. District Courthouse, Western District of Texas, Austin, TX, for Amici Curiae

Before JOLLY, WIENER, and CLEMENT, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: *

Pursuant to the judgment of the United States Supreme Court, IT IS HEREBY ORDERED that the case is DISMISSED AS MOOT.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.